UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSEM FOOD INDUSTRIES LTD., and
OSEM INVESTMENTS LTD.,

         Plaintiffs,

    v.

ZETOV, INC.,

         Defendant.

**ORDER**

18 Civ. 9808 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that a telephone conference will take place on **December 18, 2019 at 2:00 p.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge